Alfonso DORSEY, Appellant

v.

Jeffrey A. BEARD, PH.D. and Dept.
of Corrections, et al., Appellees.

Supreme Court of Pennsylvania.

Nov. 18, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of November, 2009, the Order of the Commonwealth Court is **AFFIRMED.**